Smiley James Harris
c/o Post Office Box 552
Clearlake Park, California [95424]
Tele: (707) 994-1393
In Propria Persona, SUI JURIS

FILED
FEB -2 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV21  0820  RMI

Case No.#

| | |
|---|---|
| Smiley J. Harris<br>　　　Plaintiff,<br><br>v.<br><br>USA<br>　　　Defendants | PETITION FOR QUIET TITLE TO LAND CONVEYED BY LAKE COUNTY TAX COLLECTOR<br><br>Date:<br>Time:<br>Place: |

1. That Plaintiff, Smiley James Harris brings this petition seeking quiet title to lands conveyed by the Lake County Tax Collector via Tax Lien.

2. That Defendant USA is the former owner of real property consisting of 598.76 acres listed as Lots 31 and 32 of T16N, R8W known as 11742 HIGH GLADE RD, Upper Lake California 95458 consisting of Lake County Parcel numbers #002-036-080-000, #002-036-09 and #002-036-03 bearing the following legal description:

BEGINNING at the quarter corner common to Section 25, Section 30, Section 31 and Section 36, Township 16N, Range 8 West, Mount Diablo Meridian and proceed N 88 degrees 49' E to the E 1/16 section corner of Section 29 and Section 32 (Monumented with a BLM MON., 1" Diam., Projecting 12" above the ground [Enlarged existing 1' diam. mound of stones to 3' diam. at base, around Mon. to Top, w/Brass Cap MKD]); then proceed N 03 degrees 57' 04" W 1217.24 feet to the NE 1/16 section corner of Section 32 (Monumented with a BLM MON., 1" Diam., Projecting 6" above the ground [Enlarged mound of stones to 3' diam. base, around Mon. to Top, w/Brass Cap MKD]); then proceed S 84 degrees 35' 33" E 1041.16 feet to the center N 1/16 section corner of Section 32 (Monumented with a BLM MON., 1" Diam., Projecting 12" above the ground [Enlarged mound of stones to 3' diam. base, around Mon. to Top, w/Brass Cap MKD]); then continue S 83 degrees 44' 58" E 1194.71 feet to the NW 1/16 section corner of Section 32 (Monumented with a BLM MON., 1" Diam., Projecting 12" above the ground [Enlarged mound of stones to 3' diam. base, around Mon. to Top, w/Brass Cap MKD]); then proceed N 06 degrees 51' 00" W 959.11 feet to the center W 1/16 section corner of Section 32 (Monumented with a BLM MON., 1" Diam., Projecting 8" above the ground no mound of stones, w/Brass Cap MKD]); then proceed N 06 degrees 03' 09" W 685.73 feet to the SW 1/16 section corner of Section 32 (Monumented with a BLM MON., 1" Diam., Projecting 8" above the ground, encircled by a mound of stone, 3' diam. base, around Mon. to Top, w/Brass Cap MKD]); then proceed S 82 degrees 52' 19" E 1275.80 feet to the S 1/16 section corner of Section 31 and 32 (Monumented with a BLM MON., 1" Diam., Projecting 8" above the ground [Enlarged the mound of stones to 3' diam. base,

|   |   |
|---|---|
| 1 | around Mon. to Top, w/Brass Cap MKD]); proceed along the S 1/16 section line to the common quarter corner of 15 N. Ranges 8 and 9 W, Sections 31 and Section 32 (Monumented with an IRON Post 2-1/2" Diam., Projecting 10" above the ground, encircled by a mound of stone 3' diam. base, around Mon. to Top, w/Brass Cap MKD]); then proceed West along 16 N 01.4 to the common quarter corner of Section 36, Section 31, Range 8 W and Range 9 W; then proceed along the common border of Section 31, Range 8 W and Range 9 W back to the starting point at the common quarter corners of Section 25, Section 30, Section 31 and Section 36 inclusive of all mineral, water, air and agricultural rights. |

3. That on January 29, 2018, the Tax Collector of Lake County conveyed the above referenced land to HARRIS ENTERPRISES, LLC; said property being conveyed following a tax lien sale after a fourteen (14) year abandonment period by the owner at which time HARRIS ENTERPRISES, LLC purchased an interest in said land for a sum not in excess of delinquent taxes, penalties and interest.

4. That on February 27, 2018 HARRIS ENTERPRISES, LLC deeded the property to Smiley J. Harris [Document #2018002416].

5. That on February 26, 2020 a Deed Correction [Document #2020002362] was made for Document #2018002416 recorded on 2/27/18 correcting the Legal Description of the property.

6. That Defendant USA claim some interest in the above referenced property, the nature of which claims are unknown to Plaintiff and can not be described except to state that said claims are adverse and prejudicial to Plaintiff.

WHEREFORE, Plaintiff Smiley James Harris prays for judgment quieting the title in the subject real estate in Plaintiff as fee simple owner and forever barring Defendant USA, or anyone on their behalf from any right, title or interest in the said subject real estate and for Plaintiff's costs herein.

Respectfully submitted,

DATED: January 25, 2021

_____
Smiley James Harris